1  STEVEN A. BOOSKA, SBN 107899
   ATTORNEY AT LAW
2  25 KEARNY STREET, SUITE 500
   SAN FRANCISCO, CA  94108
3  Tel: (415) 397-4345
   Fax: (415) 982-3440
4
5  Attorney for Defendant
6
7
8                 UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10            SAN FRANCISCO/OAKLAND DIVISION
11  JEREMY D. MAURER,              NO. C11-03580
12      Plaintiff,                 GENERAL DENIAL TO COMPLAINT
13  v.
14  MARCUS & PARTNERS, INC., STEVEN
    A. BOOSKA, SHEVGUR LLC d/b/a
15  BORROWLENSES.COM,
16      Defendant(s).
                                    /
17  ──────────────────────────────
18
19      COMES NOW DEFENDANT, STEVEN A. BOOSKA, who, denies, and alleges
20  as follows:
21
22                     GENERAL DENIAL
23      This  defendant  denies  each  and  every,  and  all  singular,
24  generally  and  specifically,  the  allegations  contained  in  said
25  complaint, each and every part thereof, and denies that complainants
26  have been damaged in the various sums alleges, or in any other sum,
27  or sums whatsoever.
28  //

GENERAL DENIAL TO COMPLAINT

1   FOR FURTHER, SEPARATE, AND DISTINCT DEFENSES THERETO DEFENDANT
2   ALLEGES AS FOLLOWS:

3

4                        FIRST AFFIRMATIVE DEFENSE

5       As and for a first separate and affirmative defense, defendant
6   alleges that the complaint, and each and every purported cause of
7   action therein set forth, fails to state facts sufficient to
8   constitute any cause of action against said defendant.

9

10                       SECOND AFFIRMATIVE DEFENSE

11       As and for a second separate and affirmative defense to each
12  cause of action of the complaint, defendant alleges that each and
13  every act or failure to act alleged to constitute a breach of
14  contract by defendant was and is excused by the failure of plaintiff
15  to perform all conditions precedent to such act or failure to act.

16

17                       THIRD AFFIRMATIVE DEFENSE

18       As and for a third separate and affirmative defense to each
19  cause of action of the complaint, defendant avers that the complaint,
20  and each cause of action thereof, is barred by the fraud and
21  fraudulent conduct of plaintiff and its representatives.

22

23                       FOURTH AFFIRMATIVE DEFENSE

24       As and for a fourth separate and affirmative defense to each
25  cause of action of the complaint, defendant avers that the complaint,
26  and each cause of action thereof, is barred by unclean hands.

27  //

28  //

1      FIFTH AFFIRMATIVE DEFENSE

2          As and for a fifth separate and affirmative defense to each

3   cause of action of the complaint, defendant avers that the complaint,

4   and each cause of action thereof, is barred by the waiver by

5   plaintiff and its representatives of the wrongs and breaches alleged,

6   and that plaintiff is estopped to complain as to the actions and

7   liabilities set forth in the complaint.

8

9      SIXTH AFFIRMATIVE DEFENSE

10         As and for a sixth separate and affirmative defense to each

11  cause of action of the complaint, defendant avers that plaintiff was

12  actively careless and negligent in and about the matters alleged in

13  the complaint and said acts of carelessness and negligence on

14  plaintiff's part proximately contributed to the occurrence and

15  damages alleged, if any there were; and that plaintiff's contributory

16  negligence shall reduce any and all damages sustained by plaintiff.

17

18     SEVENTH AFFIRMATIVE DEFENSE

19         As and for a seventh separate and affirmative defense to each

20  cause of action of the complaint, defendant avers that if there is

21  any negligence or liability of any of the parties named herein, it is

22  the sole and exclusive negligence or liability of other defendants,

23  and not of the answering defendant.

24

25     EIGHTH AFFIRMATIVE DEFENSE

26         As and for an eighth separate and affirmative defense to each

27  cause of action of the complaint, defendant avers that the complaint,

28  and each cause of action thereof, is barred because plaintiff and

GENERAL DENIAL TO COMPLAINT

1  defendant have entered into an accord and satisfaction of the

2  liabilities complained of and breaches alleged, and the plaintiff is

3  therefore estopped to complain as to the actions and liabilities set

4  forth in the complaint.

5

6  NINTH AFFIRMATIVE DEFENSE

7  As and for a ninth separate and affirmative defense, defendant

8  alleges that the causes of action set forth in the complaint are

9  barred by the provisions of California Civil Code Section 1624.

10

11  TENTH AFFIRMATIVE DEFENSE

12  As and for a tenth separate and affirmative defense to each

13  cause of action of the complaint, defendant is informed and believes

14  and thereon alleges that plaintiff's complaint is barred by the

15  applicable statutes of limitations.

16

17  ELEVENTH AFFIRMATIVE DEFENSE

18  As and for an eleventh separate and affirmative defense to each

19  cause of action of the complaint, defendant is informed and believes

20  and thereon alleges that plaintiff failed to mitigate its alleged

21  damages as required by law.

22

23  TWELFTH AFFIRMATIVE DEFENSE

24  As and for a twelfth separate and affirmative defense to each

25  cause of action of the complaint, defendant is informed and believe

26  and thereon allege that plaintiff has ratified all of the acts which

27  //

28  //

GENERAL DENIAL TO COMPLAINT

1   it complains and is therefore estopped from recovering any damages

2   from any defendant herein in connection with the matters alleged in

3   the complaint.

4

5   Dated: August 8, 2011            Respectfully Submitted,

6

7

8                          STEVEN A. BOOSKA

9                          Attorney at Law

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GENERAL DENIAL TO COMPLAINT