```
 1  STEVEN A. BOOSKA, SBN 107899
    ATTORNEY AT LAW
 2  25 KEARNY STREET, SUITE 500
    SAN FRANCISCO, CA  94108
 3  Tel: (415) 397-4345
    Fax: (415) 982-3440
 4

 5  Attorney for Defendant

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO/OAKLAND DIVISION

11  JEREMY D. MAURER,                NO. C11-03580

12       Plaintiff,                  PROOF OF SERVICE

13  v.

14  MARCUS & PARTNERS, INC., STEVEN
    A. BOOSKA, SHEVGUR LLC d/b/a
15  BORROWLENSES.COM,

16       Defendant(s).
                                    /
17

18

19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //
```

## PROOF OF SERVICE BY MAIL
## C.C.P. SEC. 1013a 2015.5

I declare that I am employed in the county of San Francisco, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is:

25 Kearny Street, Ste. 500, San Francisco, CA  94108

On 8/10/11, I served the attached:

GENERAL DENIAL TO COMPLAINT

to the interested parties by mailing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, CA addressed as follows:

JEREMY D. MAURER
P.O. BOX 70474
OAKLAND, CA 94612-0474

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 8/10/11, at San Francisco, California.

I. Lara
Type or Print Name

Signature