UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEREMY D. MAURER

CASE NO.: C11-03580 CW

Plaintiff(s),

v.

MARCUS & PARTNERS, INC., STEVEN A. BOOSKA, SHEVGUR LLC d/b/a/ BORROWLENSES.COM

Defendant(s).

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Court Processes:
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☒ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

Private Process:
- ☐ Private ADR (please identify process and provider) _____

The parties agree to hold the ADR session by:
- ☒ the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

- ☐ other requested deadline _____

Dated: October 20, 2011

_____
In Pro Persona

Dated: October 20, 2011

/s/ Brandon L. Reeves
Attorney for Defendant MARCUS & PARTNERS, INC.

Dated: October 20, 2011

/s/ Elizabeth Brekhus
Attorney for Defendant SHEVGUR LLC d/b/a BORROWLENSES.COM

Dated: October 20, 2011

/s/ Steven A. Booska
Attorney for Defendant STEVEN A. BOOSKA

# CERTIFICATE OF SERVICE

I, Maria Gutierrez, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On October 25, 2011, I served the following document(s) on the parties in the within action:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS (ENE)**

| | | |
|---|---|---|
| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: | |
| | Steven A. Booska<br>Law Offices of Steven A. Booska<br>25 Kearny Street<br>Suite 500<br>San Francisco, CA 94108 | Attorneys for<br>In Pro Persona |
| | Elizabeth Brekhus<br>Brekhus Law Partners<br>1000 Drakes Landing Road<br>Greenbrae, CA 94904 | Attorneys for<br>Defendant SHEVGUR LLC d/b/a<br>BORROWLENSES.COM |
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: | |
| | Jeremy Maurer<br>P.O. Box 70474<br>Oakland, CA 94612 | Attorneys for<br>In Pro Persona |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on October 25, 2011.

By: _____
Maria Gutierrez