STEVEN A. BOOSKA, SBN 107899
ATTORNEY AT LAW
P.O. BOX 194650
SAN FRANCISCO, CA 94119
Tel: (415) 397-4345
Fax: (415) 982-3440

Attorney for Defendant,
Steven A. Booska

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY D. MAURER, | NO. C11-03580CW |
| Plaintiff, | RULE 26 DISCLOSURES |
| v. | |
| MARCUS & PARTNERS, INC., STEVEN A. BOOSKA, SHEVGUR, LLC, dba BORROWLENSES.COM, | |
| Defendants. | |

DEFENDANT STEVEN A. BOOSKA hereby submits his initial disclosure as follows:

**Witnesses:**

1. Jeremy Mauer, whose address and phone number is known to the parties;

2. Steven A. Booska, whose address and phone number is known to the parties;

3. Patricia Garcia, Mr. Booska's clerk who prepared the letter which Mr. Maurer claims damaged him.

5. Shevgur employee Matt Petty, whose address is known to

1 | the parties.
2 | **Documents:**
3 | 1. One collection letter directed to Mr. Maurer by Law
4 | Office of Steven A. Booska;
5 | 2. Accounting data forwarded by Shevgur LLC to the Law
6 | Office of Steven A. Booska for the purpose of setting up
7 | collection accounts.
8 | **Insurance:**
9 | This answering defendant does have a liability insurance
10 | policy with Lloyds of London, Policy # LLAW11080785.
11 |
12 | Dated: November 16, 2011
13 | Steven A. Booska,
    | Attorney at Law

PROOF OF SERVICE BY MAIL
C.C.P. SEC. 1013a 2015.5


I declare that I am employed in the county of San Francisco, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is:


  25 Kearny Street, Ste. 500, San Francisco, CA  94108


On 11/16/11, I served the attached:

Rule 26 Disclosures


to the following by mailing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, CA addressed as follows:

**Plaintiff**
JEREMY MAURER
P.O. BOX 70474
OAKLAND CA 94612-0474


**Attorney for Marcus & Partners, Inc.**
BRANDON L. REEVES
MARK EWELL ELLIS
ELLIS LAW GROUP, LLP
555 UNIVERSITY AVE., STE 200 EAST
SACRAMENTO, CA 95825

**Attorney for Shevgur LLC dba Borrowlenses.Com**
PETER B. BREKHUS
ELIZABETH A. BREKHUS
BREKHUS LAW PARTNERS
1000 DRAKES LANDING RD.
GREENBRAE, CA 94904


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 11/16/11, at San Francisco, California.


I. Lara
Type or Print Name                                        Signature