IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY D. MAURER, | No. C 11-03580 CW |
| Plaintiff, | ORDER VACATING ENE |
| v. | |
| MARCUS & PARTNERS, INC., et al., | |
| Defendants. | |

On November 2, 2011, the Court approved a stipulation referring the parties to ENE. At the initial case management conference on November 8, 2011, the Court referred the parties to a Magistrate Judge for a settlement conference to be held by January 9, 2012. Based on the referral to a Magistrate Judge for settlement conference, the ENE order is vacated.

Dated: 11/17/2011

CLAUDIA WILKEN
United States District Judge