Mark E. Ellis – 127159
Brandon L. Reeves – 242897
ELLIS LAW GROUP, LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
breeves@ellislawgrp.com

Attorneys for Defendant MARCUS & PARTNERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY D. MAURER,<br><br>    Plaintiff,<br><br>v.<br><br>MARCUS & PARTNERS, INC., STEVEN A. BOOSKA, SHEVGUR LLC d/b/a BORROWLENSES.COM,<br><br>    Defendant. | Case No.: C11-03580 CW<br><br>[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT THE SETTLEMENT CONFERENCE |

    Good cause existing, the Court hereby grants defendant Marcus & Partners' request to allow its insurance representative to appear at the Settlement Conference by telephone and hereby excuses the insurance representative from personal appearance at the Settlement Conference on December 21, 2011. Defendant's insurance representative is required to be immediately available by telephone for the duration of the Settlement Conference.

    IT IS SO ORDERED.

Date: _December 8_, 2011

_____
Magistrate Judge Elizabeth D. Laporte

- 1 -

ORDER GRANTING TELEPHONIC APPEARANCE BY DEFENDANT'S REPRESENTATIVES AT ENE SESSION