Mark E. Ellis - 127159
Brandon L. Reeves - 242897
ELLIS LAW GROUP, LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
breeves@ellislawgrp.com

Attorneys for Defendant MARCUS & PARTNERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY D. MAURER,<br><br>    Plaintiff,<br><br>v.<br><br>MARCUS & PARTNERS, INC., STEVEN A. BOOSKA, SHEVGUR LLC d/b/a BORROWLENSES.COM,<br><br>    Defendant. | Case No.:  C11-03580 CW<br><br>[PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT MARCUS & PARTNERS, INC. |

    WHEREAS, the Plaintiff Jeremy D. Maurer and Defendant Marcus & Partners, Inc. have submitted a joint stipulation for dismissal of Defendant Marcus & Partners, Inc. with prejudice pursuant to FRCP 41(a), with each side to bear their own attorney's fees and costs;

    IT IS HEREBY ORDERED THAT this action is dismissed with prejudice as to Defendant Marcus & Partners, Inc. Each party is to bear its own attorney's fees and costs.

Dated: 2/22/2012

_____
UNITED STATES DISTRICT JUDGE

- 1 -

ORDER OF DISMISSAL AS TO DEFENDANT MARCUS & PARTNERS, INC.